**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

WALLER CORPORATION,

              Respondent

         v.

WARREN PLAZA, INC.,

              Petitioner

: No. 349 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> Should Warren's Petition for Allowance of Appeal be granted because there are conflicting Pennsylvania Superior Court opinions about whether a good faith refusal to pay a contractor or subcontractor is or is not a factor to be considered when a court is deciding whether to award attorney fees under the Contractor Subcontractor Payment Act which creates uncertainty affecting thousands of businesses in the Commonwealth?